UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
RICK RAGOONAN,

         Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

         Defendant.
----------------------------------x

**STIPULATION AND ORDER**

18 Civ. 5441 (JGK)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: New York, New York
       December 21, 2018

By: _____
RICK RAGOONAN, *Pro Se*
65 E 193rd Street, Apt. 5D
Bronx, NY 10468
Tel.: 347.992.6795

Dated: New York, New York
       December 18, 2018

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for the Defendant

By: _____
JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, New York 10007
Tel.: 212.637.2785
Fax: 212.637.2750
Email: joseph.pantoja@usdoj.gov

SO ORDERED:

_____
JOHN G. KOELTL
United States District Judge

1/28/19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED 1-29-19